**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20315-CR-GAYLES/TORRES**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**QUENTIN OWENS,**

      **Defendant.**
_____/

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on October 21, 2021, a hearing was held to determine whether **QUENTIN OWENS** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this defendant as required. Therefore, it is hereby ordered that the defendant **QUENTIN OWENS** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of Title18, United States Code, Section 3142(l), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The defendant is charged by indictment in the Southern District of Florida with possession of a firearm and ammunition by a convicted felon in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

2. The weight of the evidence against the defendant is substantial. The government has proffered that on March 5, 2021, law enforcement officers encountered the defendant in a vehicle wearing a bag around his neck. A subsequent search of the bag revealed a firearm and ammunition.

3. The pertinent history and characteristics of the defendant support pretrial detention. The defendant was born on May 13, 1982 in Detroit, Michigan. The defendant's criminal history includes approximately sixteen probation violations, arrests for battery, terroristic threats, theft, automobile theft, receipt, possession or transportation of a firearm by a convicted felony and four failures to appear. While on bond in state court for the instant offense, the defendant traveled to Atlanta, Georgia where he was arrested for possession of a firearm and a number of other offenses including possession of a firearm during the commission of a felony, marijuana possession, aggravated assault, receipt, possession or transportation of a firearm by a convicted felon, cruelty to children, reckless conduct, false imprisonment and theft by deception. Title 18, United States Code, Section 3142(g)(3)(A).

4. Because of the defendant's arrest in Atlanta while on bond, the defendants prior bond violations and his failures to appear, the Court believes that the defendant would not appear if released on bond.

5. The Court specifically finds, that there are no conditions or combination of conditions which reasonably will assure the defendant's appearance as required.

Based upon the above findings of fact, which were supported by a preponderance of the evidence, the Court has concluded that this defendant presents a risk of flight.

The Court hereby directs:

(a) That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the defendant be afforded reasonable opportunity for private consultation with counsel; and

(c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Miami, Florida, this **21st** day of October, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE